J-S79026-18

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| IN RE: NAME CHANGE OF STEPHEN ANDREW REMENTER | : : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| APPEAL OF: STEPHEN ANDREW REMENTER | : : : : : : | |
| | : | No. 1379 MDA 2018 |

Appeal from the Order Entered July 25, 2018
In the Court of Common Pleas of Centre County
Civil Division at No(s):  2018-2887

BEFORE:  SHOGAN, J., OLSON, J., and MUSMANNO, J.

JUDGMENT ORDER BY OLSON, J.:          **FILED: JANUARY 10, 2019**

Appellant, Stephen Andrew Rementer, appeals *pro se* from the July 25, 2018 order dismissing his petition for name change.  We affirm.

As our resolution of this appeal is based on the procedural posture of this case, we decline to set forth the factual background.  On July 20, 2018, Appellant filed a petition to proceed *in forma pauperis* and a petition for name change.  On July 25, 2018, the trial court dismissed the petition for name change and denied Appellant's petition to proceed *in forma pauperis*.  This timely appeal followed.  On August 28, 2018, the trial court ordered Appellant to file a concise statement of errors complained of on appeal ("concise statement").  **See** Pa.R.A.P. 1925(b).  That order complied with all of the requirements set forth in Rule 1925(b)(3).  Appellant did not file a concise statement.

It is axiomatic that failure to file a court-ordered concise statement waives all appellate issues*.  **U.S. Bank, N.A. for Certificateholders of LXS 2007-7N Tr. Fund v. Hua**, 193 A.3d 994, 998 (Pa. Super. 2018).  As Appellant failed to file the court-ordered concise statement, he waived all of his appellate issues.  **See id**.; Pa.R.A.P. 1925(b)(4)(vii).  Moreover, even if Appellant filed a concise statement, we would affirm.  Appellant is prohibited from obtaining a name change because of his prior conviction for raping a child. **See** 54 Pa.C.S.A. § 702(c)(2); **Commonwealth v. Rementer**, 87 A.3d 388, 2013 WL 11255667 (Pa. Super. 2013) (unpublished memorandum).

Order affirmed.


Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 01/10/2019